# Case Docket Entries

CC-40-2025-C-211

| Court: | **Circuit** | County: | **40 - Putnam** | Created Date: | **9/10/2025** | Security Level: | **Public** |
|---|---|---|---|---|---|---|---|
| Judge: | **Mark Sorsaia** | Case Type: | **Civil** | Case Sub-Type: | **Tort** | Status: | **Open** |

Related Cases:

Style: **The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 9/10/2025 4:04:11 PM | E-Filed | | Complaint |
| | 1-1  9/10/2025 | Civil Case Information Statement | | |
| | 1-2  9/10/2025 | Complaint - Complaint | | |
| | 1-3  9/10/2025 | Transmittal | | |
| | 1-4  9/10/2025 | Summons | | |
| 2 | 9/10/2025 4:04:11 PM | Judge Assigned | J-40006 | Mark Sorsaia |
| 3 | 9/10/2025 4:04:11 PM | Party Added | P-001 | The County Commission of Putnam County, West Virginia |
| 4 | 9/10/2025 4:04:11 PM | Party Added | D-001 | Pilot Travel Centers, LLC |
| 5 | 9/10/2025 4:04:11 PM | Attorney Listed | P-001 | A-10008 - Benjamin Burdette Ware |
| 6 | 9/10/2025 4:04:11 PM | Attorney Listed | P-001 | A-7165 - R. Booth Goodwin, II |
| 7 | 9/10/2025 4:04:11 PM | Attorney Listed | P-001 | A-12092 - David Alan Dobson |
| 8 | 9/10/2025 4:04:11 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 9 | 9/11/2025 11:28:31 AM | Scanned Document | | Certified Mail Tracking - TRACKING INFO/SOS |
| | 9-1  9/11/2025 | Certified Mail Tracking - TRACKING INFO/SOS | | |
| 10 | 9/18/2025 1:11:57 PM | E-Docketed | | Supporting Documents - RETURNED GREEN CARD/SOS/SIGNED 9-15-25 |
| | 10-1  9/18/2025 | Supporting Document - RETURNED GREEN CARD/SOS/SIGNED 9-15-25 | | |
| | 10-2  9/18/2025 | Transmittal | | |
| 11 | 9/22/2025 9:32:20 AM | E-Docketed | | Supporting Documents - CERTIFIED MAIL RECEIPT/SOS |
| | 11-1  9/22/2025 | Supporting Document - CERTIFIED MAIL RECEIPT/SOS | | |
| | 11-2  9/22/2025 | Transmittal | | |
| 12 | 9/22/2025 9:39:42 AM | E-Docketed | | Supporting Documents - WV SOS ACCEPTS SERVICE/PILOT TRAVEL CENTERS LLC/9-15-25 |
| | 12-1  9/22/2025 | Supporting Document - WV SOS ACCEPTS SERVICE/PILOT TRAVEL CENTERS LLC/9-15-25 | | |
| | 12-2  9/22/2025 | Transmittal | | |

**Exhibit A**

# COVER SHEET

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF PUTNAM COUNTY WEST VIRGINIA

**The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC**

**First Plaintiff:**
☐ Business   ☐ Individual
☐ Government   ☑ Other

**First Defendant:**
☑ Business   ☐ Individual
☐ Government   ☐ Other

**Judge:**      Mark Sorsaia

## COMPLAINT INFORMATION

**Case Type:**  Civil                     **Complaint Type:**  Tort

**Origin:**          ☑ Initial Filing    ☐ Appeal from Municipal Court    ☐ Appeal from Magistrate Court

**Jury Trial Requested:**    ☑ Yes  ☐ No    **Case will be ready for trial by:**   9/30/2026

**Mediation Requested:**     ☐ Yes  ☑ No

**Substantial Hardship Requested:** ☐ Yes  ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

  ☐ Wheelchair accessible hearing room and other facilities

  ☐ Interpreter or other auxiliary aid for the hearing impaired

  ☐ Reader or other auxiliary aid for the visually impaired

  ☐ Spokesperson or other auxiliary aid for the speech impaired

  ☐ Other:

☐ I am proceeding without an attorney

☑ I have an attorney:   Benjamin Ware, 300 Summers St Ste 1500 , Charleston, WV 25301

## SERVED PARTIES

**Name:**          Pilot Travel Centers, LLC

**Address:**        CT Corporation System 5098 Washington St., W., Ste. 407, Charleston WV 25313

**Days to Answer:** 30                    **Type of Service:** Secretary of State - Certified - Including Copy Fee

E-FILED | 9/10/2025 4:04 PM
CC-40-2025-C-211
Putnam County Circuit Clerk
Stephanie M. Smith

## IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

**THE COUNTY COMMISSION OF**
**PUTNAM COUNTY, WEST VIRGINIA,**
**a political subdivision of the State of West Virginia,**

> **Plaintiff,**

**v.**                                                    Civil Action No._____
                                                                 Judge_____

**PILOT TRAVEL CENTERS, LLC,**
**a Delaware limited liability company,**

> **Defendant.**

## COMPLAINT

NOW COMES, the Plaintiff, The County Commission of Putnam County, West Virginia (hereinafter "***Putnam County Commission***" or "***Plaintiff***") by and through its undersigned attorneys, and for its "*Complaint*" against Defendant, Pilot Travel Centers, LLC ("***Pilot***" or "***Defendant***") states and avers as follows:

## PARTIES

1.      Plaintiff is a political subdivision of the State of West Virginia, and the governing body for Putnam County, West Virginia, organized under the provisions of W.Va. Code §7-1-1. Pursuant to § 7-1-1, Plaintiff has the authority to "sue and be sued" in its own name.

2.      Plaintiff is charged with protecting the public health, safety, and welfare of its citizens. Pursuant to W. Va. Code § 7-1-3, Plaintiff is further vested under rules prescribed by law with superintendence and administration of the internal "police" (*i.e.,* public protection) and fiscal affairs of Putnam County, a political subdivision of the State of West Virginia.

3.      Upon information and belief, Defendant is a foreign limited liability corporation, incorporated in the state of Delaware with a principal place of business located at 5508 Lonas Drive, Knoxville, TN 37909.

4.      Upon further information and belief, Defendant owns and operates a travel center known as "Pilot Travel Center #243" (hereinafter "***Travel Center***") located at 4304 First Avenue, Nitro, WV 25143. Defendant has previously registered the tradename "Pilot Travel Center #243" with the West Virginia Secretary of State.

## JURISDICTION AND VENUE

5.      Plaintiff incorporates the prior and subsequent paragraphs as if set forth fully herein.

6.      Plaintiff's claims stem from Defendant's ongoing acts and omissions that have constituted and continue to constitute a Public Nuisance to the area motorists and citizens of Putnam County, West Virginia. As further described herein, due to Defendant's acts and omissions, a large volume of commercial vehicles have caused and continue to cause extensive gridlock, traffic, and overcrowding at the Travel Center location and into the public roadway, which has impeded travel, limited emergency access, increased the risk of accidents, and diminished the quality of life in the Putnam County community.

7.      This Court has jurisdiction over the subject matter of this action concerning the Public Nuisance conditions created by Defendant pursuant to W. Va. Code § 16-3-6, because "the county commission of any county or any municipality is authorized and empowered to apply to the circuit court of the county in which any such nuisance exists, or to the judge thereof in vacation, for ***an injunction forthwith to restrain, prevent or abate such nuisance***." (emphasis added).

8.      Venue is proper in this Court because the cause of action arose in Putnam County, all relevant facts have occurred in Putnam County, and Defendant's subject Travel Center is located in Putnam County. *See* W.Va. Code § 56-1-1, et. seq.

## FACTUAL ALLEGATIONS

9.      Defendant owns and operates the aforementioned Travel Center, located at 4304 First Avenue, Nitro, Putnam County, WV 25143, as a gas station and commercial truck stop.

10.      First Avenue is a public roadway and main thoroughfare within Putnam County, West Virginia, and acts as a vital transportation route for emergency vehicles, including police, fire, and ambulance services, to provide crucial emergency services to the citizens of Putnam County, West Virginia. Indeed, First Avenue provides the primary, nearest, fastest, and most direct and convenient interstate access for Nitro, West Virginia; Poca, West Virginia; and multiple other communities along the Kanawha River, located in Putnam County, West Virginia

11.      Due to Defendant's actions, including advertising and promoting the Travel Center, the Travel Center now attracts more motorists and commercial truck drivers than its premises were designed to accommodate. In turn, large commercial vehicles, including but not limited to tractor-trailers, box trucks, semi-trailers, flat beds, and tanker trucks physically block the public roadway and surrounding areas while attempting to enter and/or exit the Travel Center.

12.      Defendant's Travel Center is of insufficient size and design for the number of large commercial vehicles that attempt to visit the location every day due to Defendant's purposeful advertisement, marketing, promotion, and operations.

13.      Upon information and belief, Defendant's purposeful advertisement, marketing and promotion includes but is not limited to implementing an online, web-based reservation system for commercial truck drivers to reserve limited, long-term parking spots at the Travel Center. However, Defendant's system is flawed in that it allows commercial truck drivers to reserve spots yet, upon the arrival of such trucks at the Travel Center, Defendant instead utilizes a "first come, first served" approach.

3

14.    Defendant's flawed system causes commercial truck drivers to reserve more parking spaces than are available, resulting in overcrowding and congestion beyond the Travel Center's capacity.

15.    Upon further information and belief, the Defendant continues to actively advertise, market, and promote the flawed reservation system, which has further directly contributed to the vast number of large commercial trucks attempting to enter and/or exit the Travel Center.

16.    Due to the traffic, congestion and overcrowding at the Travel Center, local residents, motorists, and emergency vehicles are unable to traverse First Avenue and the surrounding areas north of I-64. As a result, travel and emergency access are impeded for swaths of Nitro, West Virginia, as well as for the entire community of Poca, West Virginia, and other communities located along the Kanawha River in Putnam County north of I-64.

17.    Additionally, the large commercial vehicles attempting to enter and/or exit the Travel Center often cause traffic to stall all the way onto the exit ramp of Interstate 64 in Putnam County, further inhibiting local residents, motorists, and emergency vehicles trying to navigate the area.

18.    In addition to the significant traffic delays, and upon information and belief, pedestrian-vehicle collisions and criminal behavior, including physical altercations caused by the aforementioned flawed reservation system, have occurred and continue to occur at the Travel Center and surrounding areas, which are the direct result of the aforementioned traffic, congestion, and overcrowding. It is further believed based upon available information that over forty (40) vehicular accidents have occurred at the intersection of Defendant's Travel Center since 2017, many of which are the direct result of the aforementioned traffic, congestion, and overcrowding.

19.    Local authorities such as Putnam County Sheriff Bobby Eggleton and the Putnam County Sheriff's Department have fielded hundreds of calls in approximately the last four (4) years from Putnam County residents and commuters as to the aforementioned issues regarding the Travel Center and the traffic, congestion, and overcrowding of First Avenue and the surrounding areas.

20.    Putnam County Sheriff Bobby Eggleton has further broadcast the aforementioned issues caused by the Travel Center on local news outlets, which have been identified as public safety concerns, including but not limited to limiting access for emergency vehicles.

21.    The Putnam County Sheriff's Office, including other local law enforcement agencies, have been forced to dedicate valuable time, money, and resources to the Travel Center and the surrounding traffic, congestion, and overcrowding that it has caused.

22.    Defendant has actual knowledge of the aforementioned issues, including but not limited to the ongoing and continuous gridlock, traffic, and overcrowding it causes, yet has failed to take any action to remedy, remediate, fix, or otherwise resolve the issues.

23.    As of the date of this filing, Defendant's Travel Center operations have constituted and continue to constitute a Public Nuisance and are causing ongoing harm to the citizens of Putnam County, West Virginia.

### COUNT I: PUBLIC NUISANCE UNDER WEST VIRGINIA LAW

24.    Plaintiff incorporates the prior and subsequent paragraphs as if set forth fully herein.

25.    Under the West Virginia common law, a Public Nuisance is "an act or condition that unlawfully operates to hurt or inconvenience an indefinite number of persons." *Hark v. Mountain Fork Lumber Co.,* 127 W.Va. 586, 595-96 (1945).

26.    The West Virginia Supreme Court of Appeals has further described a Public

5

Nuisance as "the doing of or the failure to do something that injuriously affects the safety, health, or morals of the public, or works some substantial annoyance, inconvenience, or injury to the public*." State, ex rel. Smith v. Kermit Lumber & Pressure Treating Co.*, 200 W. Va. 221, 245 n. 28 (1997).

27.    Defendant's Travel Center operations located at 4304 First Avenue, Nitro, WV 25143, have caused and continue to cause extensive gridlock of traffic, congestion, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.

28.    Moreover, Defendant's operations threaten the public health and safety of much of Nitro, WV; Poca, WV; and other Putnam County communities along the Kanawha River north of I-64, by, among other things, impeding emergency access for police, ambulances, firefighters, etc. These same operations have further resulted in motor vehicle accidents, pedestrian-vehicle collisions, and criminal behavior (including physical altercations) that would not have otherwise occurred. Indeed, the Putnam County Sheriff has fielded "hundreds" of calls over the past four years arising from these conditions, which have been noted as a public safety concern on local news outlets.

29.    Defendant has an ongoing duty to minimize and/or prevent the aforementioned gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia, as well as the aforementioned threats to public health and safety.

30.    Defendant, through its acts and/or omissions, has failed to minimize and/or prevent the gridlock, traffic, and overcrowding, as well as the aforementioned threats to public health and safety, and has otherwise purposefully advertised, promoted, and marketed its Travel Center in a manner that causes such harmful conduct to occur.

6

31.    The Defendant's acts and/or omissions as described herein have affected the safety, health, and welfare of the public within Putnam County, West Virginia and have caused, or otherwise will continue to cause, substantial annoyance, inconvenience, and injury to the public.

32.    Under the common law of West Virginia, the Defendant's acts and/or omissions as described herein, constitute a Public Nuisance and Defendant is liable for damages and the proper abatement of the Public Nuisance it created; namely, the aforementioned gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia, as well as the aforementioned threats to public health and safety.

33.    Additionally, Defendant should be enjoined and prohibited from continuing to cause the aforementioned gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.  Plaintiff therefore requests injunctive relief, including but not limited to temporary, preliminary, and permanent injunctive relief prohibiting Defendant from operating its Travel Center business and/or otherwise continuing to cause gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia. Any likelihood of harm to Defendant is nominal and/or outweighed by the continual harm caused to local area motorists and the citizens of Putnam County, West Virginia, and Plaintiff has a high likelihood of succeeding on the merits of its claims against Defendant.

34.    The public interest will further be served by the issuance of injunctive relief as Defendant's acts and omissions have caused and continue to cause gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.

## COUNT II: PUBLIC NUISANCE UNDER PUTNAM COUNTY ORDINANCES

35      Plaintiff incorporates the prior and subsequent paragraphs as if set forth fully herein.

36.     W. Va. Code § 7-1-3kk provides authority for the county commission to eliminate hazards to public health and safety: "[i]n addition to all other powers and duties now conferred by law upon county commissions, commissions are hereby authorized to enact ordinances, issue orders and take other appropriate and necessary actions for ***the elimination of hazards to public health and safety and to abate or cause to be abated anything which the commission determines to be a public nuisance***." (emphasis added).

37.     Pursuant to the express authority conferred by W. Va. Code § 7-1-3kk, the Putnam County Commission enacted Ordinances for the "*Elimination of Hazards to Public Health and Safety*" on July 12, 2022. Said Ordinances delineated that the Plaintiff, within its conferred authority, could declare to be a nuisance an "act done, committed, aided, or assisted to be done or committed by any person which is injurious or dangerous to the public health, safety, or welfare of any person or to the environment." The Ordinances further specify that "any condition which constitutes a nuisance by statute or common law of the State when committed, omitted or existing within Putnam County is hereby declared to constitute a nuisance."

38.     The aforementioned Ordinances further specify that "(1) Any person who creates, has created, or imminently threatens to create such nuisance; (2) Any person who has contributed to, is contributing to, or threatens to contribute to such nuisance; [or] (3) Any person who maintains, has maintained, or imminently threatens to maintain such nuisance" shall be liable for "all abatement action costs incurred or to be incurred by the Putnam County Commission with respect to such nuisance, and for such damages to which the Putnam County Commission may be

entitled by law."

39.    Defendant's Travel Center operations located at 4304 First Avenue, Nitro, WV 25143, have caused and continue to cause extensive gridlock of traffic, congestion, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.

40.    Moreover, Defendant's operations threaten the public health and safety of much of Nitro, WV; Poca, WV; and other Putnam County communities along the Kanawha River north of I-64, by, among other things, impeding emergency access for police, ambulances, firefighters, etc. These same operations have further resulted in motor vehicle accidents, pedestrian-vehicle collisions, and criminal behavior (including physical altercations) that would not have otherwise occurred. Indeed, the Putnam County Sheriff has fielded "hundreds" of calls over the past four years arising from these conditions, which have been noted as a public safety concern on local news outlets.

41.    Defendant has an ongoing duty to minimize and/or prevent the aforementioned gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia, as well as the aforementioned threats to public health and safety.

42.    Defendant, through its acts and/or omissions, has failed to minimize and/or prevent the gridlock, traffic, and overcrowding, as well as the aforementioned threats to public health and safety, and has otherwise purposefully advertised, promoted, and marketed its Travel Center in a manner that causes such harmful conduct to occur.

43.    The Defendant's acts and/or omissions as described herein have affected the safety, health, and welfare of the public within Putnam County, West Virginia and have caused, or otherwise will continue to cause, substantial annoyance, inconvenience, and injury to the public.

44.    Under the aforementioned enacted Ordinances for the "Elimination of Hazards to Public Health and Safety," the Defendant's acts and/or omissions as described herein, constitute a Public Nuisance and Defendant is liable for damages and the proper abatement of the Public Nuisance it created; namely, the aforementioned gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.

45.    In accordance with the aforementioned enacted Ordinances, Defendant is further liable for all abatement action costs incurred or to be incurred by the Putnam County Commission with respect to such nuisance, and for such damages to which the Putnam County Commission may be entitled by law with respect to such nuisance, including but not limited to reasonable attorney fees and costs.

46.    Additionally, Defendant should be enjoined and prohibited from continuing to cause the aforementioned gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.  Plaintiff therefore requests injunctive relief, including but not limited to temporary, preliminary, and permanent injunctive relief prohibiting Defendant from operating its Travel Center business and/or otherwise continuing to cause gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County, West Virginia.  Any likelihood of harm to Defendant is nominal and/or outweighed by the continual harm caused to local area motorists and the citizens of Putnam County, West Virginia and Plaintiff has a high likelihood of succeeding on the merits of its claims against Defendant.

47.    The public interest will further be served by the issuance of injunctive relief as Defendant's acts and omissions have caused and continue to cause gridlock, traffic, and overcrowding onto First Avenue, and the surrounding public roadways within Putnam County,

10

West Virginia.

## COUNT III: UNJUST ENRICHMENT

48.     Plaintiff incorporates the prior and subsequent paragraphs as if set forth fully herein.

49.     Defendant, despite having actual knowledge of the ongoing and continuous gridlock, traffic, and overcrowding it has caused, has continually failed to take any action to remedy, remediate, fix, or otherwise resolve the issues.

50.     Plaintiff, as the governing body of Putnam County, West Virginia, has the legal authority and responsibility under applicable law to protect the public health, safety, and welfare of its citizens and to that end has dedicated significant resources, including increased police presence to handle the volume of emergency calls originating from the Travel Center and the Public Nuisance it has caused.

51.     By undertaking necessary responses, including dedicating additional law enforcement resources towards the ongoing issues caused by the Travel Center's operations, including but not limited to the gridlock, traffic, and overcrowding onto First Avenue and the surrounding areas, Plaintiff has incurred otherwise unnecessary expenses that were made necessary entirely by the acts and omissions of the Defendant.

52.     Plaintiff has conferred and is continuing to confer an economic benefit to Defendant by, among other things, abating the deleterious effects of Defendant's nuisance. Indeed, Defendant has continually failed to take any action to remedy, remediate, fix, or otherwise resolve the gridlock, traffic, and overcrowding and other public health and safety issues it has caused. By leaving Plaintiff to address its nuisances instead of, for example, remodeling its premises to allow for better vehicle access; changing the way in which it advertises or accepts reservations; or undertaking a host of other measures Defendant could take to abate its nuisances, Defendant

11

unjustly retains economic benefit.

53.    The Plaintiff's expenditure of public funds to respond to the existing issues caused by the Travel Center's operations, including but not limited to the gridlock, traffic, and overcrowding onto First Avenue and the surrounding areas, has unjustly enriched Defendants.

**WHEREFORE**, Plaintiff, The County Commission of Putnam County, West Virginia respectfully request that this Court enter judgment against Pilot Travel Centers, LLC, including without limitation for: (1) all damages referenced herein; (2) judicial abatement of the Public Nuisance; (3) all damages for Public Nuisance, as permitted by law including annoyance, inconvenience, and injury to the public; (4) direct and consequential damages, pre-judgment and post-judgment interest, attorney fees, and costs; (5) injunctive relief permitted by law; (6) all damages for unjust enrichment as permitted by law; (7) and all such other relief as this Court deems just and proper.

<b>A JURY TRIAL IS DEMANDED ON ALL ISSUES TRIABLE.</b>

Respectfully submitted:

**THE COUNTY COMMISSION OF PUTNAM COUNTY, WEST VIRGINIA,**

*/s/Benjamin B. Ware*
R. Booth Goodwin II (WVSB #7165)
Benjamin B. Ware (WVSB #10008)
David A. Dobson (WVSB #12092)
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
T: (304) 346-7000
F: (304) 344-9692
rbg@goodwingoodwin.com
bbw@goodwingoodwin.com
dadobson@goodwingoodwin.com

FILED | 9/22/2025 9:32 AM
CC-40-2025-C-211
Putnam County Circuit Clerk
Stephanie M. Smith

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

20-C-211

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Po

$

Sent To

Street ar

City, Sta

Postmark
Here  SEP 2025

**Secretary of State**
**Process of Service**
13 Kanawha Blvd. West
**Suite 201**
**Charleston, WV 25302**

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# SUMMONS

## IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA
### The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Pilot Travel Centers, LLC, CT Corporation System, 5098 Washington St., W., Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Benjamin Ware, 300 Summers St Ste 1500, , Charleston, WV 25301

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 9/10/2025 4:04:07 PM | /s/ Stephanie M. Smith |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐   Return receipt of certified mail received in this office on _____

☐   I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐   I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____, someone who is eighteen (18) years of age or above and resides there.

☐   I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐   I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐   I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐   Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

## IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA
### The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Pilot Travel Centers, LLC, CT Corporation System, 5098 Washington St., W., Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Benjamin Ware, 300 Summers St Ste 1500, , Charleston, WV 25301

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 9/10/2025 4:04:07 PM | /s/ Stephanie M. Smith |
| --- | --- |
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
| --- | --- |
| Date | Server's Signature |

# SUMMONS

E-FILED | 9/10/2025 4:04 PM
CC-40-2025-C-211
Putnam County Circuit Clerk
Stephanie M. Smith

## IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA
### The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Pilot Travel Centers, LLC, CT Corporation System, 5098 Washington St., W., Ste. 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Benjamin Ware, 300 Summers St Ste 1500, , Charleston, WV 25301

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 9/10/2025 4:04:07 PM | /s/ Stephanie M. Smith |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐    Return receipt of certified mail received in this office on _____

☐    I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

CC-40-2025-C-211
Putnam County Circuit Clerk
Stephanie M. Smith
FILED 9/22/2025 9:39 AM

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

CLERK OF THE CIRCUIT COURT OF PUTNAM COUNTY
12093 WINFIELD ROAD
SUITE 12
Winfield, WV 25213-7907

**Control Number:** 345897

**Defendant:** PILOT TRAVEL CENTERS LLC
5098 WEST WASHINGTON STREET
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** C. T. Corporation System

**County:** Putnam

**Civil Action:** 25-C-211

**Certified Number:** 92148901125134100004309621

**Service Date:** 9/15/2025

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Kris Warner
Secretary of State

## IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA
### The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Pilot Travel Centers, LLC, CT Corporation System, 5098 Washington St., W., Ste. 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Benjamin Ware, 300 Summers St Ste 1500, , Charleston, WV 25301

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 9/10/2025 4:04:07 PM | /s/ Stephanie M. Smith |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-
in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on
behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service
on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____     _____
Date                                        Server's Signature

**FILED | 9/18/2025 1:11 PM**
CC-40-2025-C-211
Putnam County Circuit Clerk
Stephanie M. Smith

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☑ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery 9·15·25<br>Idress different from item 1? ☐ Yes<br>delivery address below: ☐ No |

25-C-211

**Secretary of State**
**Process of Service**
**13 Kanawha Blvd. West**
**Suite 201**
**Charleston, WV 25302**

9590 9402 9108 4225 9161 00

2. Article Number *(Transfer from service label)*

589 0710 5270 3195 2571 71

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Collect on Delivery Restricted Delivery | |
| Insured Mail | |
| Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt



**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits. 25-C-211

Secretary of State
Process of Service
13 Kanawha Blvd. West
Suite 201
Charleston, WV 25302

9590 9402 9108 4225 9161 00

2. Article Number *(Transfer from service label)*

9589 0710 5270 3195 2571 71

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

ldress different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  Benjamin Ware
bbw@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following complaintwas FILED on 9/10/2025 4:04:07 PM

Notice Date:      9/10/2025 4:04:07 PM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:** Pilot Travel Centers, LLC
CT Corporation System
5098 Washington St., W., Ste. 407
Charleston, WV 25313

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following complaintwas FILED on 9/10/2025 4:04:07 PM

Notice Date:     9/10/2025 4:04:07 PM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  David Alan Dobson
dadobson@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA
The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC
CC-40-2025-C-211

The following complaintwas FILED on 9/10/2025 4:04:07 PM

Notice Date:      9/10/2025 4:04:07 PM

Stephanie M. Smith
CLERK OF THE CIRCUIT COURT
Putnam County
12093 Winfield Road
WINFIELD, WV 25213

(304) 586-0203
Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:** R. Booth Goodwin, II
rbg@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following complaintwas FILED on 9/10/2025 4:04:07 PM

Notice Date:     9/10/2025 4:04:07 PM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  David Alan Dobson
dadobson@goodwingoodwin.com

# **NOTICE OF FILING**

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/18/2025 1:11:53 PM

Notice Date:     9/18/2025 1:11:53 PM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  Benjamin Burdette Ware
          bbw@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/18/2025 1:11:53 PM

Notice Date:      9/18/2025 1:11:53 PM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  R. Booth Goodwin, II
rbg@goodwingoodwin.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/18/2025 1:11:53 PM

Notice Date:      9/18/2025 1:11:53 PM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  David Alan Dobson
dadobson@goodwingoodwin.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/22/2025 9:32:18 AM

Notice Date:    9/22/2025 9:32:18 AM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:** Benjamin Burdette Ware
bbw@goodwingoodwin.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/22/2025 9:32:18 AM

Notice Date:      9/22/2025 9:32:18 AM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:** R. Booth Goodwin, II
rbg@goodwingoodwin.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/22/2025 9:32:18 AM

Notice Date:     9/22/2025 9:32:18 AM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**   David Alan Dobson
dadobson@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/22/2025 9:39:38 AM

Notice Date:      9/22/2025 9:39:38 AM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:** Benjamin Burdette Ware
bbw@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA

The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC

CC-40-2025-C-211

The following supporting documents was FILED on 9/22/2025 9:39:38 AM

Notice Date:    9/22/2025 9:39:38 AM

Stephanie M. Smith

CLERK OF THE CIRCUIT COURT

Putnam County

12093 Winfield Road

WINFIELD, WV 25213

(304) 586-0203

Stephanie.Smith@courtswv.gov



West Virginia E-Filing Notice

CC-40-2025-C-211

Judge: Mark Sorsaia

**To:**  R. Booth Goodwin, II
rbg@goodwingoodwin.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF PUTNAM COUNTY, WEST VIRGINIA
The County Commission of Putnam County, West Virginia v. Pilot Travel Centers, LLC
CC-40-2025-C-211

The following supporting documents was FILED on 9/22/2025 9:39:38 AM

Notice Date:      9/22/2025 9:39:38 AM

Stephanie M. Smith
CLERK OF THE CIRCUIT COURT
Putnam County
12093 Winfield Road
WINFIELD, WV 25213

(304) 586-0203
Stephanie.Smith@courtswv.gov